```
Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>　　Lewis, Judy | Case No.: 2:06-bk-11443 VZ<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDEND<br>(Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 631575 in the sum of $20.48 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

```
Nix Check Cashing
1009 Martin Luther King Blvd.
Los Angeles, CA 90037
```

Date: January 20, 2011                          /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee    Check No. 631575

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0611443-VZ | 411-0 | LEWIS, JUDY | 1984 | 1.78 | 20.48 | 0.00 | 20.48 |

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

Nancy Curry
Chapter 13 Trustee
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-79 / 611

No. 631575

PAY **Twenty Dollars and 48 Cents***********************************************
TO THE ORDER OF

AMOUNT ************$20.48 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈631575⑈ ⑆061100790⑆ 000000575200 ⑈